**Order filed March 7, 2019**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00214-CR
_____

### JULIE LYNN LYMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 19687B**

### O R D E R

Appellant's court-appointed attorney of record, Kenneth G. Leggett, has filed in this court a motion to withdraw as counsel on appeal. *See* TEX. R. APP. P. 6.5. Leggett states in his motion that he has been appointed to the judiciary to serve as the judge of the Title IV-D Court for Taylor and surrounding counties and that, as such, he is precluded from engaging in the private practice of law. The motion to withdraw is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before March 18, 2019, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court. We note that a brief has already been filed in this court on behalf of Appellant. New counsel may either adopt that brief or file an amended brief on behalf of Appellant. The amended brief will be due to be filed in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

March 7, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.